UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

FILED BY _____ D.C.

00 JAN 28 PM 3:57

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

**00-6143**

**CIV-FERGUSON**

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA, )
　　　　　　　　　　　　　　　　)
　　　Plaintiff, )
　　　　　　　　　　　　　　　　)
v. )
　　　　　　　　　　　　　　　　)
FLORIDA HEALTH INSTITUTE, INC., )
SAMPLE ROAD REHABILITATION )
CENTER, INC., PENNACLE REHAB )
SERVICES OF FLORIDA, INC., )
NATIONAL MEDICAL SYSTEMS and )
SUPPLIES, INC., GATEWAY TO )
HEALTH REHABILITATION, INC., )
WEMAC, INC., and ELLIOT HOUSLEY, )
RICARDO CHOI, and ANTHONY )
MIGNOTT a/k/a MARK A. MIGNOTT, )
individually, )
　　　　　　　　　　　　　　　　)
　　　Defendants. )
_____ )

## DECLARATION OF NOTIFICATION

I, Laurie E. Rucoba, Assistant U.S. Attorney, hereby declare and certify that no efforts have been made to provide advance notice of the United States of America's application for a temporary restraining order. No efforts have been made to provide advance notice because doing so would further aggravate the harm which is being perpetrated by these defendants by tipping them off that the proceeds of their fraudulent scheme are going to be seized, thereby allowing them to transfer the proceeds beyond the reach of the Plaintiff. If the funds are transferred from the account in which they are presently maintained it will likely be impossible to regain control of the money. If the defendants wish



to challenge the seizure of the funds, their challenge can be considered quickly so that no harm to the defendants will be caused by the seizure.

                                        Respectfully submitted,

                                        THOMAS E. SCOTT
                                        UNITED STATES ATTORNEY

                         By: _____
                              LAURIE E. RUCOBA
                              Assistant United States Attorney
                              No. A5500052
                              500 East Broward Boulevard
                              Suite 700
                              Ft. Lauderdale, Florida 33394
                              Tel: (954) 356-7314, ext. 3613
                              Fax: (954) 356-7180

Dated: January 28, 2000