AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

FLORIDA HEALTH INSTITUTE, INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6143

CIV - FERGUSON

MAGISTRATE JUDGE
SNOW

TO: (Name and address of defendant)

PENNACLE REHAB SERVICES OF FLORIDA, INC.

c/o: Registered Agent

HOUSLEY, ELLIOT

4611 NW 57TH LANE, LAUDERDHILL, FL 33313

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAURIE E. RUCOBA

ASSISTANT UNITED STATES ATTORNEY

NO. A5500052

500 EAST BROWARD BLVD. SUITE 700

FT. LAUDERDALE, FL  33394

an answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox

CLERK

(BY) DEPUTY CLERK

DATE January 28, 2000

This form was electronically produced by Elite Federal Forms, Inc.