AO 440 (Rev 10/93) Summons in a Civil Action

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

FLORIDA HEALTH INSTITUTE, INC., et al.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 00-6143

CIV-FERGUSON
MAGISTRATE JUDGE
SNOW

TO: (Name and address of defendant)

ELLIOT HOUSLEY, PRESIDENT
4611 NW 5TH LANE
CORAL SPRINGS, FL  33067

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

LAURIE E. RUCOBA
ASSISTANT UNITED STATES ATTORNEY
NO. A5500052
500 EAST BROWARD BLVD. SUITE 700
FT. LAUDERDALE, FL  33394

an answer to the complaint which is herewith served upon you, within   60   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Clarence Maddox
CLERK

(BY) DEPUTY CLERK

DATE  January 28, 2000

This form was electronically produced by Elite Federal Forms, Inc