FILED BY _____ D C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00 JAN 28 PM 3:52

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.-FTL

CASE NO.

**00-6143**

CIV-FERGUSON

MAGISTRATE JUDGE
SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| FLORIDA HEALTH INSTITUTE, INC., SAMPLE ROAD REHABILITATION CENTER, INC., PENNACLE REHAB SERVICES OF FLORIDA, INC., NATIONAL MEDICAL SYSTEMS and SUPPLIES, INC., GATEWAY TO HEALTH REHABILITATION, INC., WEMAC, INC., and ELLIOT HOUSLEY, RICARDO CHOI, and ANTHONY MIGNOTT a/k/a MARK A. MIGNOTT, individually, | ) |
| Defendants. | ) |

## CIVIL COMPLAINT COVER SHEET

1. Did this case originate from a matter pending in the Central Region of the United States Attorney's Office prior to April 1, 1999? _____ Yes   X   No

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: *Laurie E. Rucoba*
LAURIE E. RUCOBA
Assistant United States Attorney
No. A5500052
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3613
Fax: (954) 356-7180

