UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

1. Case No. **00-6143**   Date: **1/31/00**

2. Style **United States v. Florida Health Inst. et. al.**

3. Plaintiff's Counsel: **Laurie Rucoba (AUSA)**

4. Defendant's Counsel: **Not Present (Ex Parte)**

5. Type of Proceeding: **Ex Parte Hrg. on Mot. for Temp. Rest. Order**

6. Result of hearing:    Motion Granted ☑    Motion Denied ☐

7. Case Continued to: _____  Trial Set for _____

8. Does the case require mediation? _____

Notes: **Plaintiff discussed basis for United States' reason for not notifying defendants that the gov. is seeking a temporary restraining order. Plaintiff is alleging that defendants are engaging in billing fraud and notice to defendants of T.R.O may be injurious to plaintiff as defendants may abscond with monies placing such funds beyond the reach of the plaintiff. The Plaintiff's agent was sworn as to his Affidavit by the Court. Hearing set for 2/11/00 at 1 p.m.**

Law Clerk:   Derek Lewis

Courtroom Deputy:   Troy Walker

Courtroom Reporter:   Paul Haferling

