UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6143-CIV-
FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
etc., et al.,

    Defendants.
_____/

## ANSWER
(Fla. Bar Nos. 133162 and 947260)

Defendants, by their undersigned attorneys, answer the Complaint in the above styled civil action as follows:

1. Defendants admit the allegations of ¶¶ 1, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25, 37 and 41 of the Complaint.

2. Defendants deny the allegations of the remaining paragraphs of the Complaint,

WHEREFORE, having answer the Complaint, Defendants demand its dismissal, with prejudice, at Plaintiff's cost.

    METSCH & METSCH, P.A.
    Attorneys for Defendants
    1385 N.W. 15th Street
    Miami, Florida 33125
    (305) 545-6400
    FAX: (305) 545-7224



by /s/ _____
LAWRENCE R. METSCH
FBN 133162

by /s/ _____
BENJAMIN R. METSCH
FBN 947260

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing answer was delivered this ___ day of February, 2000, to Laurie E. Rucoba, Esq., Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

/s/ _____
LAWRENCE R. METSCH

LAW OFFICES OF METSCH & METSCH, P.A.
1385 NW 15 STREET, MIAMI, FLORIDA 33125 • TELEPHONE 305-545-6400 • TELECOPIER 305-545-7224