UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
etc., et al.,

        Defendants.
_____/

## NOTICE OF APPEARANCE
(Fla. Bar Nos. 133162 and 947260)

The undersigned attorneys and the law firm of Metsch & Metsch, P.A., hereby give notice of their appearance for all Defendants in the above styled civil action.

METSCH & METSCH, P.A.
Attorneys for Defendants
1385 N.W. 15th Street
Miami, Florida 33125
(305) 545-6400
FAX: (305) 545-7224

by_____
LAWRENCE R. METSCH
FBN 133162

by_____
BENJAMIN R. METSCH
FBN 947260

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing notice was delivered this 9th day of February, 2000, to Laurie E. Rucoba, Esq., Assistant U.S. Attorney, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33394.

_____
LAWRENCE R. METSCH