UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., and ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY
MIGNOTT a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/



### AGREED MOTION TO EXTEND DURATION OF TEMPORARY RESTRAINING ORDER AND RESCHEDULE HEARING ON PRELIMINARY INJUNCTION AND MEMORANDUM OF LAW

Plaintiff, United States of America, hereby files an agreed motion to extend the duration of the temporary restraining order previously entered in this case and to reschedule the hearing on the preliminary injunction, and in support thereof states:

1. On January 31, 2000, this Court entered a Temporary Restraining Order without prior notice to the defendants. The terms of the Temporary Restraining Order provided for it to remain in effect until close of business February 11, 2000, and also set



the case to come before the Court for hearing on a Preliminary Injunction on February 11 at 1:00 p.m.

### Extension of TRO

The parties now seek to extend the duration of the Temporary Restraining Order so that the hearing on the Preliminary Injunction can be rescheduled at a later time. Additional time is needed prior to the hearing on the preliminary injunction so that the parties can conduct basic discovery and exchange information, as well as discuss the potential to amicably resolve all issues related to the injunction.

Federal Rule of Civil Procedure 65(b) provides that a Temporary Restraining Order can be extended if the party against whom the order is directed consents. In this case, all the defendants consent to an extension of the Temporary Restraining Order in order to allow the hearing on the preliminary injunction to be rescheduled for a later date. The parties are requesting that the Temporary Restraining Order be extended for at least 45 days and that the hearing be rescheduled accordingly. The parties have also agreed to defer the individuals' compliance with paragraph 5 of the Temporary Restraining Order which calls for the production of certain records, pending full briefing and a ruling by this Court on the individual defendants' Motion to Vacate Partially the Temporary Restraining Order.

Thus, it is respectfully submitted that it would be appropriate for the duration of the Temporary Restraining Order in this case be extended to a date commensurate with the date of the

hearing on the preliminary injunction. The parties suggest any time on or after March 27, 2000. All terms of the Temporary Restraining Order are to remain unchanged and in full force and effect.

WHEREFORE, the plaintiff, United States of America, requests that the Court grant its agreed motion to extend the duration of the Temporary Restraining Order, reschedule the hearing on the preliminary injunction and order that the temporary restraining order be extended to a date commensurate with the date of the preliminary injunction hearing, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: /s/ Laurie E. Rucoba
LAURIE E. RUCOBA
Assistant United States Attorney
No. A5500052
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3613
Fax: (954) 356-7180

AGREED TO BY ALL DEFENDANTS:

_____
LAWRENCE R. METSCH
Fla. Bar No. 133162
Metsch & Metsch
Attorneys for Defendants
1385 N.W. 15th Street
Miami, Florida 33125
Tel: (305) 545-6400
Fax: (305) 545-7224

hearing on the preliminary injunction. The parties suggest any date on or after March 27, 2000. All terms of the Temporary Restraining Order are to remain unchanged and in full force and effect.

WHEREFORE, the plaintiff, United States of America, requests that the Court grant its agreed motion to extend the duration of the Temporary Restraining Order, reschedule the hearing on the preliminary injunction and order that the temporary restraining order be extended to a date commensurate with the date of the preliminary injunction hearing, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By: _____
LAURIE E. RUCOBA
Assistant United States Attorney
No. A5500052
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3613
Fax: (954) 356-7180

AGREED TO BY ALL DEFENDANTS: 2/4/00

LAWRENCE R. METSCH
Fla. Bar No. 133162
Metsch & Metsch
Attorneys for Defendants
1400 N.W. 15th Street
Miami, Florida 33125
Tel: (305) 545-6400
Fax: (305) 545-7224

3