UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

CASE NO. 00-6143-CIV-FERGUSON/SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| FLORIDA HEALTH INSTITUTE, INC., SAMPLE ROAD REHABILITATION CENTER, INC., PENNACLE REHAB SERVICES OF FLORIDA, INC., NATIONAL MEDICAL SYSTEMS and SUPPLIES, INC., GATEWAY TO HEALTH REHABILITATION, INC., WEMAC, INC., and ELLIOT HOUSLEY, RICARDO CHOI, and ANTHONY MIGNOTT a/k/a MARK A. MIGNOTT, individually, | ) |
| Defendants. | ) |

## ORDER GRANTING AGREED MOTION TO EXTEND DURATION OF TEMPORARY RESTRAINING ORDER AND RESCHEDULE HEARING ON PRELIMINARY INJUNCTION

This cause came before the Court upon the plaintiff, United States of America's Agreed Motion to Extend Duration of Temporary Restraining Order and Reschedule Hearing on Preliminary Injunction, and the Court having considered the motion and being duly advised in the premises, it is hereby

**ORDERED AND ADJUDGED** that the plaintiff's motion is GRANTED. The terms of the Temporary Restraining Order issued by this Court on January 31, 2000 are hereby extended and shall remain in force until the close of business on the 31st of March, 2000, or



until such later date as may be extended by the Court, or agreed upon by the parties.

The parties shall take notice that this matter shall come before the court for a preliminary injunction hearing on the 31ST day of March, 2000 at, 1:30 p.m. in accordance with plaintiff's complaint and motion for injunctive relief. The preliminary injunction hearing previously scheduled for February 11, 2000 at 1 p.m. is canceled. It is further

**ORDERED AND ADJUDGED** that all terms of the Temporary Restraining Order remain unchanged and in full force and effect. The parties have agreed to defer the individual defendants' compliance with paragraph 5 of the Temporary Restraining Order pending a ruling on their Motion to Vacate Partially that portion of the Temporary Restraining Order.

**DONE AND ORDERED** this 11TH day of February, 2000.

```
_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT COURT JUDGE
```

cc:  Laurie E. Rucoba, AUSA
     Lawrence R. Metsch

2