```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA

           CASE NO. 00-6143-CIV-FERGUSON/SNOW
```

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY MIGNOTT,
a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/

**NIGHT BOX FILED**
**MAR 17 2000**
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANTS' MOTION TO VACATE TRO, MOTION TO COMPEL SPECIAL AGENT'S ANSWERS TO DEPOSITION QUESTIONS, MOTION OF CORPORATE DEFENDANTS FOR A PROTECTIVE ORDER, AND MOTION TO COMPEL PRODUCTION AND INSPECTION OF OI3 REPORTS

    Plaintiff, United States of America, hereby moves for entry of an Order enlarging the time period, to and including March 24, 2000, for filing its responses to defendants' Motions. Defendants have no objection to this motion. In further support, the United States submits the following.



1. On March 1, 2000, defendants filed their Motion to Vacate the Temporary Restraining Order issued by this Court on January 31, 2000. A response to this motion is due to be filed on March 17, 2000.

2. On March 1, 2000, defendants filed a Motion of Corporate Defendants for a Protective Order. A response to this motion is due to be filed on March 17, 2000.

3. On March 3, 2000, defendants filed a Motion to Compel Plaintiff to Produce and Permit Inspection and Copying of Completed Forms OI3 Reports. A response to this motion is due to be filed on March 20, 2000.

4. On March 6, 2000, defendants filed a Motion to Compel Special Agent Bernardo Rodriguez to Answer Deposition Questions. A response to this motion is due to be filed on March 23, 2000.

5. The undersigned Assistant United States Attorney is preparing the responses to these motions, but needs additional time to complete the responses. A seven day enlargement of time for the responses due on March 17, a four day enlargement of time for the response due March 20, and a one day enlargement of time for the response due on March 23 is requested. The United States is requesting to and including March 24 to respond to all of defendants' motions.

6. The undersigned Assistant United States Attorney has spoken with defendants' counsel who has no objection to the government's request for an enlargement of time.

For all the foregoing reasons, the United States respectfully requests that this Court enter an Order enlarging the time period for the filing of responses to the defendants' Motions to and including March 24, 2000.

          Respectfully submitted,

          THOMAS E. SCOTT
          UNITED STATES ATTORNEY

By: _____
      LAURIE E. RUCOBA
      Assistant United States Attorney
      No. A5500052
      500 East Broward Boulevard
      Suite 700
      Ft. Lauderdale, Florida 33394
      Tel: (954) 356-7314, ext. 3613
      Fax: (954) 356-7180

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed via first class mail on this 20th day of March, 2000 to:

Mr. Lawrence R. Metsch
Metsch & Metsch, P.A.
1385 N.W. 15th Street
Miami, Florida 33125
Tel: 305-545-6400
Fax: 305-545-7224

_____
LAURIE E. RUCOBA
Assistant United States Attorney

3