UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

USA

Case No. 00-6143CV

vs.

FLORIDA HEALTH INSTITUTE

SEALED DOCUMENT IN VAULT

Document to be unsealed by order of court upon good cause shown.

Docket Clerk: 95

Docket Numbers 39