UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CASE NO.: 00-6143 CIV-FERGUSON

FLORIDA HEALTH INSTITUTE, INC., et al

    Defendant.
_____/

## MOTION FOR PROTECTIVE ORDER

**COMES NOW** the witness, DR. RENE DE LAMAR, by and through his undersigned attorney and moves this Court for a Protective Order prohibiting him from appearing before this Honorable Court upon the subpoena of the United States Attorney on the 31st day of March, 2000, at 1:00 p.m., and for his reasons says as follows:

1. That the witness, DR. RENE DE LAMAR, has suffered a mild stroke and has been hospitalized and is under medical care.

2. An Affidavit of DR. RENE DE LAMAR is attached hereto and made a part hereof as if fully set out herein.

**WHEREFORE**, the witness, DR. RENE DE LAMAR, moves this Court for a Protective Order prohibiting him from appearing before this Court on the aforesaid date and time.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was furnished to Kirk Ogrosky, 99 N.E. 4th Street, Miami, Florida 33132, this ____ day of March, 2000.

    **MARKUS & WINTER, P.A.**
    2251 S.W. 22nd Street
    Miami, Florida 33145
    (305) 856-6910

By: _____
    **STUART A. MARKUS, ESQ.**
    Florida Bar No. 050600

UNITED STATES DISTRICT COURT
Southern District of Florida

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO.: 00-6143 CIV-FERGUSON

RENE DE LAMAR, M.D.

    Defendant.

_____/

### AFFIDAVIT

STATE OF FLORIDA    )

COUNTY OF MIAMI-DADE    )

**BEFORE ME** the undersigned authority, personally appeared the Affiant, RENE DE LAMAR, M.D., who, having being further duly sworn, deposes and says:

1. That two (2) days after the deposition in the case, I suffered a stroke.

2. I was in the hospital for four (4) days at the Pan American Hospital.

3. That I am now taking therapy three (3) times a week, and I am under the care of James Gorelick, M.D.

4. I cannot take the stress at this time to appear in Court on March 31, 2000.

FURTHER AFFIANT SAYETH NAUGHT.

_____
RENE DE LAMAR, M.D.

The foregoing instrument was acknowledged before me this 29 day of March, 2000 by RENE DE LAMAR, M.D., who is personally known to me or who has produced Driver's License as identification and who did take an oath.

STUART A. MARKUS
My Comm Exp. 8/6/2002
No. CC 765340
[ ] Personally Known [ ] Other I.D.

_____
NOTARY PUBLIC