UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY
MIGNOTT, a/k/a MARK A. MIGNOTT,
individually,

        Defendants.
_____/



### AGREED MOTION TO EXTEND DURATION OF TEMPORARY RESTRAINING ORDER AND RESCHEDULE HEARING ON PRELIMINARY INJUNCTION

    Plaintiff, United States of America, hereby files an agreed motion to extend the duration of the temporary restraining order previously entered in this case and to reschedule the hearing on the preliminary injunction.

    On March 31, 2000, the Court requested that the hearing on the United States' Motion for Preliminary Injunction be canceled.

    The Court has reset the hearing for **Wednesday, April 5, 2000 at 10:00 a.m.**

    The terms of the Temporary Restraining Order in this matter provided for it to remain in effect until close of business March 31, 2000. In order to keep the *status quo* until such time as the



Court can hear the motion for preliminary injunction, the United States requests that the Court extend the Temporary Restraining Order.

Thus, it is respectfully submitted that it would be appropriate for the duration of the Temporary Restraining Order in this case be extended to a date commensurate with the date of the hearing on the preliminary injunction, close of business on April 5, 2000. The parties agreed that all terms of the Temporary Restraining Order are to remain unchanged and in full force and effect.

WHEREFORE, the plaintiff, United States of America, requests that the Court grant its agreed motion to extend the duration of the Temporary Restraining Order, and grant such other and further relief as the Court deems just and proper.

Respectfully submitted,

Thomas E. Scott
United States Attorney

By: _____
J. Kirk Ogrosky, No. A5500479
Laurie E. Rucoba, No. A5500052
Assistant United States Attorneys
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132-2111
(305) 961-9401
(305) 536-4101 fax

Certificate of Service

I hereby certify that a true and correct copy of the foregoing Agreed Motion to Extend Duration of Temporary Restraining Order and Reschedule Hearing on Preliminary Injunction was mailed and tele-faxed this 31st day of March, 2000, to Lawrence R. Metsch, Esq., Metsch & Metsch, P.A., 1385 N.W. 15th Street, Miami, Florida 33135.

By: _____
J. Kirk Ogrosky
Assistant United States Attorney

-2-