UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY
MIGNOTT, a/k/a MARK A. MIGNOTT,
individually,

        Defendants.
_____/

**ORDER GRANTING AGREED MOTION TO EXTEND
DURATION OF TEMPORARY RESTRAINING ORDER AND
RESCHEDULE HEARING ON PRELIMINARY INJUNCTION**

THIS MATTER came before the Court upon the plaintiff, United States of America's Agreed Motion to Extend Duration of Temporary Restraining Order and Reschedule Hearing on Preliminary Injunction, filed March 31, 2000.

THE COURT has considered the above referenced Motion and the pertinent portions of the record and is otherwise fully advised. It is hereby

**ORDERED AND ADJUDGED** that the plaintiff's motion is GRANTED. The terms of the Temporary Restraining Order issued by this Court on January 31, 2000 are hereby extended and



shall remain in force until the close of business on the 5th day of April, 2000, or until such later date as may be extended by the Court, or agreed upon by the parties.

The parties shall take notice that this matter shall come before the court for a preliminary injunction hearing on **Wednesday, the 5th day of April, 2000** at, **9:00 a.m.** in accordance with plaintiff's complaint, motion for injunctive relief, and motion for entry of preliminary injunction based upon substantial evidence. The preliminary injunction hearing previously scheduled for March 31, 2000 at 1:30 p.m. is canceled. It is further

**ORDERED AND ADJUDGED** that all terms of the Temporary Restraining Order remain unchanged and in full force and effect. The parties have previously agreed to defer the individual defendants' compliance with paragraph 5 of the Temporary Restraining Order pending a ruling on their Motion to Vacate Partially that portion of the Temporary Restraining Order.

**DONE AND ORDERED** this 31st day of March, 2000.

_____
WILKIE D. FERGUSON, Jr.
UNITED STATES DISTRICT JUDGE

cc:   J. Kirk Ogrosky, AUSA
      Laurie E. Rucoba, AUSA
      99 N.E. 4th Street, 3rd Floor
      Miami, Florida 33132-2111

      Lawrence R. Metsch, Esq.
      Metsch & Metsch, P.A.,
      1385 N.W. 15th Street
      Miami, Florida 33125