UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY
MIGNOTT, a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/

**ORDER GRANTING AGREED**
**EXTENSION OF TEMPORARY RESTRAINING ORDER**

THIS MATTER came before the Court upon the hearing of United States of America's Motion for Entry Preliminary Injunction and Defendants' Motion to Vacate the Temporary Restraining Order ("TRO") on April 5, 2000. The parties agreed to extend the TRO while the Court considers the pending Motions.

THE COURT has considered the pertinent portions of the record, the argument of counsel, and is otherwise fully advised. It is hereby

**ORDERED AND ADJUDGED** that the terms of the Temporary Restraining Order issued by this Court on January 31, 2000 are hereby extended and shall remain in force until the

close of business on the 19th day of April, 2000, or until such later date as may be extended by the Court, or agreed upon by the parties. It is further

**ORDERED AND ADJUDGED** that all terms of the Temporary Restraining Order remain unchanged and in full force and effect.

**DONE AND ORDERED** this __11th__ day of April, 2000.

_____
WILKIE D. FERGUSON, Jr.
UNITED STATES DISTRICT JUDGE

cc:   J. Kirk Ogrosky, AUSA
      Laurie E. Rucoba, AUSA
      99 N.E. 4th Street, 3rd Floor
      Miami, Florida 33132-2111

      Lawrence R. Metsch, Esq.
      Metsch & Metsch, P.A.,
      1385 N.W. 15th Street
      Miami, Florida 33125