$105.00

Receipt #519236

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

        Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
etc., et al.,

        Defendants.
_____/

**NOTICE OF APPEAL**
(Fla. Bar No. 133162)

Notice is hereby given that Defendants Florida Health Institute, Inc., Sample Road Rehabilitation Center, Inc., Pennacle Rehab Services Of Florida, Inc., National Medical Systems And Supplies, Inc., Gateway To Health Rehabilitation, Inc., Wemac, Inc., Elliott Housley, Ricardo Choi and Anthony Mignott, a/k/a Mark Anthony Mignott, hereby appeal to the United States Court of Appeals for the Eleventh Circuit from an Order Granting United States Of America's Motion For Entry Of Preliminary Injunction entered in this action on the 20th day of April, 2000.

        METSCH & METSCH, P.A.
        Attorneys for Defendant/Appellants
        1455 N.W. 14th Street
        Miami, Florida 33125
        (305) 545-6400
        FAX: (305) 545-7224

        by_____
        LAWRENCE R. METSCH

## CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing notice of appeal were mailed this ____ day of _April_, 2000, to the following attorneys for Plaintiff United States of America:

>J. Kirk Ogrosky, Esq.
>Assistant U.S. Attorney
>99 N.E. 4th Street, 3rd Floor
>Miami, Florida 33132-2111
>
>Laurie E. Rucoba, Esq.
>Assistant U.S. Attorney
>500 East Broward Blvd.
>Suite 700
>Fort Lauderdale, Florida 33394

_____
LAWRENCE R. METSCH

2