UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY MIGNOTT,
a/k/a MARK A. MIGNOTT,
individually,

    Defendants.

_____/

**NIGHT BOX
FILED**

**MAY 1 8 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FᵀL

## UNITED STATES OF AMERICA'S NOTICE OF LIS PENDENS

TO ABOVE-NAMED DEFENDANTS AND ALL OTHERS WHOM IT MAY CONCERN:

    YOU ARE NOTIFIED of the institution of this action on January
26, 2000, by Plaintiff United States of America against you
seeking, _inter alia_, an injunction against transferring, selling,
assigning, dissipating, concealing, encumbering, impairing or
otherwise disposing of the following property:

    Lot 9 THE OUTBACK, according to the Plat thereof recorded in
    Plat Book 140 Page 50 of the Public Records of Broward County,
    Florida



located at N.W. 11th Street and 122nd Avenue in Plantation, Florida.

Respectfully submitted,

THOMAS E. SCOTT
UNITED STATES ATTORNEY

By:  *Laurie E. Rucoba*

LAURIE E. RUCOBA
Assistant United States Attorney
No. A5500052
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3613
Fax: (954) 356-7180

CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing

was mailed via first class mail on this ___19th___ day of May, 2000

to:

**LAWRENCE R. METSCH, ESQUIRE**
**METSCH & METSCH, P.A.**
**1455 N.W. 14th Street**
**Miami, Florida  33125**
**Tel: 305-545-6400**
**Fax: 305-545-7224**

*Laurie E. Rucoba*

LAURIE E. RUCOBA
Assistant United States Attorney

2