UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
JUN 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 00-6143-Cv-WDF |
| ) | |
| Plaintiff, ) | |
| ) | Fort Lauderdale, Florida |
| ) | April 5, 2000 |
| FLORIDA HEALTH INSTITUTE, INC.) | Wednesday |
| ) | |
| Defendant. ) | |

TRANSCRIPT OF MOTION FOR TEMPORARY RESTRAINING ORDER
BEFORE THE HONORABLE WILKIE D. FERGUSON, JR.

APPEARANCES:

FOR THE GOVERNMENT:        KIRK OGROSKY, AUSA

FOR THE DEFENDANT:         LAWRENCE R. METSCH, ESQ.

COURT REPORTER:            PAUL HAFERLING, RPR

50

# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**