UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY MIGNOTT,
a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/

**NIGHT BOX FILED**

·JUL - 6 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

## UNITED STATES OF AMERICA'S RELEASE OF LIS PENDENS

TO ABOVE-NAMED DEFENDANTS AND ALL OTHERS WHOM IT MAY CONCERN:

    Notice is hereby given that certain **lis pendens**, recorded in the Broward County, Florida books (Official Records Book 30520 at page 262), giving notice of the pendency of the above-entitled action in the United States District Court, is hereby released.



The property affected by this release is more particularly described as:

> Lot 9 THE OUTBACK, according to the Plat thereof recorded in Plat Book 140 Page 50 of the Public Records of Broward County, Florida

located at N.W. 11th Street and 122nd Avenue in Plantation, Florida.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Laurie E. Rucoba*

LAURIE E. RUCOBA
Assistant United States Attorney
No. A5500052
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3613
Fax: (954) 356-7180

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed via first class mail on this ___7th___ day of July, 2000 to:

Mr. Lawrence R. Metsch
Metsch & Metsch, P.A.
1385 N.W. 15th Street
Miami, Florida 33125
Tel: 305-545-6400
Fax: 305-545-7224

*Laurie E. Rucoba*

LAURIE E. RUCOBA
Assistant United States Attorney

2