**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
299 East Broward Boulevard
Fort Lauderdale, FL 33301
954-769-5400

**CLARENCE MADDOX**
Court Administrator/Clerk of Court

```
CLERK, U.S. COURT OF APPEALS          Date: July 11, 2000
Eleventh Judicial Circuit             USDC # 00-6143-CV-WDF
56 Forsyth Street                     USCA # 00-12258-B
Atlanta, Georgia   30303
```

IN RE: **USA v. Florida Health Institute, Inc., et al**

===============================================================

### Certificate of Readiness of Record On Appeal

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcripts or parts thereof designated for inclusion and all necessary exhibits) consists of:

    _3_ Volumes of Pleadings
    _1_ Volume of Transcripts

    _X_ Exhibits:

        _1_ Folder (Deposition)


Sincerely,

Clarence Maddox, Court Administrator/Clerk

By: _____
                   Deputy Clerk

Please Acknowledge Receipt of Certificate of Readiness.

_____
       Signature

*The Mission of the Clerk's Office for the Southern District of Florida is to be the mechanism for the judges, the bar, litigants, and the public, to resolve disputes in a just and efficient manner.*

```
                                                          LSS    INTAPP
                      U.S. District Court
            Southern District of Florida (FtLauderdale)

                  CIVIL DOCKET FOR CASE #: 00-CV-6143

United States v. Florida Health, et al              Filed: 01/28/00
Assigned to: Judge Wilkie D. Ferguson, Jr.
Demand: $0,000                           Nature of Suit: 690
Lead Docket: None                        Jurisdiction: US Plaintiff
Dkt# in other court: None

Cause: 31:3729 False Claims Act


UNITED STATES OF AMERICA         Laurie E. Rucoba
    plaintiff                    FTS 356-7180
                                 954-356-7314
                                 [COR LD NTC]
                                 United States Attorney's Office
                                 500 E Broward Boulevard
                                 7th Floor
                                 Fort Lauderdale, FL 33394-3002
                                 954-356-7254


    v.


FLORIDA HEALTH INSTITUTE, INC.   Lawrence Richard Metsch
    defendant                    FTS 545-7224
                                 [COR LD NTC]
                                 Benjamin Robert Metsch
                                 [COR LD NTC]
                                 Metsch & Metsch
                                 1385 NW 15th Street
                                 Miami, FL 33125
                                 305-358-7773

SAMPLE ROAD REHABILITATION       Lawrence Richard Metsch
CENTER, INC.                     (See above)
    defendant                    [COR LD NTC]
                                 Benjamin Robert Metsch
                                 (See above)
                                 [COR LD NTC]


PENNACLE REHAB SERVICES OF       Lawrence Richard Metsch
FLORIDA, INC.                    (See above)
    defendant                    [COR LD NTC]
                                 Benjamin Robert Metsch
                                 (See above)
                                 [COR LD NTC]

Docket as of July 10, 2000 11:08 am                    Page 1
```

[Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By: D. [signature]  Deputy Clerk
Date 7-11-2000]

```
Proceedings include all events.                                 LSS
0:00cv6143 United States v. Florida Health, et al               INTAPP


NATIONAL MEDICAL SYSTEMS AND      Lawrence Richard Metsch
SUPPLIES, INC.                    (See above)
    defendant                     [COR LD NTC]
                                  Benjamin Robert Metsch
                                  (See above)
                                  [COR LD NTC]


GATEWAY TO HEALTH                 Lawrence Richard Metsch
REHABILITATION, INC.              (See above)
    defendant                     [COR LD NTC]
                                  Benjamin Robert Metsch
                                  (See above)
                                  [COR LD NTC]


WEMAC, INC.                       Lawrence Richard Metsch
    defendant                     (See above)
                                  [COR LD NTC]
                                  Benjamin Robert Metsch
                                  (See above)
                                  [COR LD NTC]


ELLIOT HOUSLEY                    Lawrence Richard Metsch
    defendant                     (See above)
                                  [COR LD NTC]
                                  Benjamin Robert Metsch
                                  (See above)
                                  [COR LD NTC]


RICARDO CHOI                      Lawrence Richard Metsch
    defendant                     (See above)
                                  [COR LD NTC]
                                  Benjamin Robert Metsch
                                  (See above)
                                  [COR LD NTC]


ANTHONY MIGNOTT                   Lawrence Richard Metsch
aka                               (See above)
Mark A. Mignott                   [COR LD NTC]
    defendant                     Benjamin Robert Metsch
                                  (See above)
                                  [COR LD NTC]


------------------------
```

```
Proceedings include all events.                                          LSS
0:00cv6143 United States v. Florida Health, et al                        INTAPP
```

UNITED STATES OF AMERICA

    plaintiff

v.

FLORIDA HEALTH INSTITUTE, INC.; SAMPLE ROAD REHABILITATION
CENTER, INC.; PENNACLE REHAB SERVICES OF FLORIDA, INC.;
NATIONAL MEDICAL SYSTEMS AND SUPPLIES, INC.; GATEWAY TO
HEALTH REHABILITATION, INC.; WEMAC, INC.; ELLIOT HOUSLEY;
RICARDO CHOI; ANTHONY MIGNOTT, also known as Mark A. Mignott

    defendant

```
Proceedings include all events.                                          LSS
0:00cv6143 United States v. Florida Health, et al                        INTAPP
```

Box. Vol. 1

| Date | # | Entry |
|---|---|---|
| 1/28/00 | 1 | COMPLAINT for temporary restraining order, injunction, other equitable relief, damages, penalties and pre-post judgment remedies filed; FILING FEE waived; A-7; LSS (br) [Entry date 01/31/00] |
| 1/28/00 | -- | Magistrate identification: Magistrate Judge Lurana S. Snow (br) [Entry date 01/31/00] |
| 1/28/00 | 2 | MOTION by United States for temporary restraining order, and for preliminary injunction (br) [Entry date 01/31/00] |
| 1/28/00 | 3 | MEMORANDUM by United States in support of [2-1] motion for temporary restraining order, [2-2] motion for preliminary injunction (br) [Entry date 01/31/00] |
| 1/28/00 | 4 | AFFIDAVIT of special agent Bernardo Rodriguez, Department of Health and Human Services Office of the Inspector General Office of Investigation by United States Re: [2-1] motion for temporary restraining order, [2-2] motion for preliminary injunction (br) [Entry date 01/31/00] |
| 1/28/00 | 5 | AFFIDAVIT of Laurie E. Rucoba, by United States Re: [2-1] motion for temporary restraining order, [2-2] motion for preliminary injunction (br) [Entry date 01/31/00] |
| 1/28/00 | 6 | SUMMONS(ES) issued for Sample Road Rehabilitation Center, Inc. (br) [Entry date 01/31/00] |
| 1/28/00 | 7 | SUMMONS(ES) issued for Gateway to Health Rehabilitations, Inc. (br) [Entry date 01/31/00] |
| 1/28/00 | 8 | SUMMONS(ES) issued for Wemac, Inc. (br) [Entry date 01/31/00] |
| 1/28/00 | 9 | SUMMONS(ES) issued for Florida Health Institute, Inc. (br) [Entry date 01/31/00] |
| 1/28/00 | 10 | SUMMONS(ES) issued for Pennacle Rehab Services of Florida, Inc. (br) [Entry date 01/31/00] |
| 1/28/00 | 11 | SUMMONS(ES) issued for Elliot Housley, President (br) [Entry date 01/31/00] |
| 1/28/00 | 12 | SUMMONS(ES) issued for Ricardo Choi, Treasurer (br) [Entry date 01/31/00] |
| 1/28/00 | 13 | SUMMONS(ES) issued for Anthony Mignott, Vice President (Anthony A. Mignott) (br) [Entry date 01/31/00] |
| 1/28/00 | 14 | SUMMONS(ES) issued for National Medical Systems and Supplies, Inc. (br) [Entry date 01/31/00] |
| 1/28/00 | 15 | Civil Action Certification, by United States Attorney. (br) [Entry date 01/31/00] |

Proceedings include all events.                                              LSS
0:00cv6143 United States v. Florida Health, et al                          INTAPP

vol. 1 con'd

| | | |
|---|---|---|
| 1/31/00 | 16 | Minutes of hearing on TRO motion held before Judge Wilkie D. Ferguson Jr. on 1/31/00; Court Reporter Name or Tape #: Paul Haferling (dp) [Entry date 02/01/00] |
| 1/31/00 | 17 | ORDER granting [2-1] motion for temporary restraining order to remain in effect until 2/11/00 Motion hearing before Judge Wilkie D. Ferguson Jr. set for 1:00 2/11/00 for [2-2] motion for preliminary injunction ( Signed by Judge Wilkie D. Ferguson Jr. on 1/31/00) CCAP [EOD Date: 2/2/00] (dp) [Entry date 02/02/00] |
| 2/3/00 | 18 | NOTICE of filing affidavit of Special Agent Bernardo Rodriguez by United States (dp) [Entry date 02/04/00] |
| 2/10/00 | 19 | MOTION with memorandum in support by Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott for Evidentiary Hearing on [2-2] motion for preliminary injunction, and to continue 2/11/00 hearing (dp) |
| 2/10/00 | 20 | MOTION with memorandum in support by Elliot Housley, Ricardo Choi, Anthony Mignott to vacate partially the [17-2] order (dp) |
| 2/10/00 | 21 | ANSWER to Complaint by Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott (Attorney Lawrence Richard Metsch), (dp) |
| 2/10/00 | 22 | NOTICE of attorney appearance for Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott by Benjamin Robert Metsch (dp) |
| 2/11/00 | 23 | MOTION with memorandum in support by United States to extend time TRO and reschedule hearing on preliminary injunction (dp) [Entry date 02/14/00] |
| 2/11/00 | 24 | ORDER granting [23-1] motion to extend time TRO and reschedule hearing on preliminary injunction Motion hearing before Judge Wilkie D. Ferguson Jr. set for 1:30 3/31/00 for [2-2] motion for preliminary injunction ( Signed by Judge Wilkie D. Ferguson Jr. on 2/11/00) CCAP [EOD Date: 2/14/00] (dp) [Entry date 02/14/00] |
| 2/25/00 | 25 | RESPONSE by United States to [20-1] motion to vacate partially the [17-2] order (dp) [Entry date 02/28/00] |
| 3/2/00 | 26 | MOTION with memorandum in support by Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott to vacate [17-2] order (dp) |

End. vol. 1

```
-cv-06143-WDF     Document 52     Entered on FLSD Docket 07/10/2000     P
```

Proceedings include all events.                                    LSS
0:00cv6143 United States v. Florida Health, et al                  INTAPP

| Date | # | Description |
|---|---|---|
| 3/2/00 | 27 | MOTION with memorandum in support by Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc. for protective order (dp) |
| 3/2/00 | 28 | REPLY by Elliot Housley, Ricardo Choi, Anthony Mignott to response to [20-1] motion to vacate partially the [17-2] order (dp) |
| 3/3/00 | 29 | MOTION with memorandum in support by Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott to compel to produce and permit inspection and copying of completed Forms 01-3 (dp) [Entry date 03/06/00] |
| 3/6/00 | 30 | MOTION with memorandum in support by Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott to compel Special Agent Bernardo Rodriguez to answer deposition questions (dp) [Entry date 03/07/00] |
| 3/6/00 | 31 | NOTICE of supplemental authority in support of motion to compel plainitff to produce and permit the inspection and copying of completed forms 01-3 by Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott (dp) [Entry date 03/07/00] |
| 3/17/00 | 32 | MOTION by United States to extend time to respond to motion to vacate, for protective order and to compel (dp) [Entry date 03/20/00] |
| 3/20/00 | 33 | MOTION with memorandum in support by Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott to compel to produce and permit the inspection and copying of the OI 3 reports (dp) |
| 3/24/00 | 34 | RESPONSE by United States to [33-1] motion to compel to produce and permit the inspection and copying of the OI 3 reports, [29-1] motion to compel to produce and permit inspection and copying of completed Forms 01-3 (dp) [Entry date 03/27/00] |
| 3/24/00 | 35 | RESPONSE by United States to [30-1] motion to compel Special Agent Bernardo Rodriguez to answer deposition questions (dp) [Entry date 03/27/00] |
| 3/24/00 | 36 | RESPONSE by United States to [27-1] motion for protective order (dp) [Entry date 03/27/00] |
| 3/24/00 | 37 | MOTION by United States for preliminary injunction and response to motion to vacation temporary restraining order (dp) [Entry date 03/27/00] |
[handwritten: Beg. Vol. 2]

[handwritten: Vol. 3]

Proceedings include all events.                                          LSS
0:00cv6143 United States v. Florida Health, et al                        INTAPP

Vol. 2 Cont.

| Date | No. | Description |
|---|---|---|
| 3/30/00 | 38 | NOTICE of filing proposed order granting motion for preliminary injunction by United States (dp) [Entry date 03/31/00] |
| 3/30/00 | 39 | NOTICE of filing affidavits of Gary Blumber, Joseph Astaphan, Debbie Williams and Brend Heck and Rene DeLamara Deposition by United States (dp) [Entry date 03/31/00] |

Exh. 1

| | | |
|---|---|---|
| 3/31/00 | 40 | MOTION by De Lamar for protective order (dp) [Entry date 04/03/00] |
| 4/3/00 | 41 | MOTION by United States to extend time of duration of TRO, and to reschedule hearing on preliminary injunction (dp) [Entry date 04/04/00] |
| 4/3/00 | 42 | ORDER granting [41-1] motion to extend time of duration of TRO, granting [41-2] motion to reschedule hearing on preliminary injunction Motion hearing before Judge Wilkie D. Ferguson Jr. set for 9:00 4/5/00 for [37-1] motion for preliminary injunction ( Signed by Judge Wilkie D. Ferguson Jr. on 3/31/00) CCAP [EOD Date: 4/4/00] (dp) [Entry date 04/04/00] |
| 4/11/00 | 43 | ORDER granting [41-1] motion to extend time of duration of TRO ( Signed by Judge Wilkie D. Ferguson Jr. on 4/11/00) CCAP [EOD Date: 4/12/00] (dp) [Entry date 04/12/00] |
| 4/13/00 | 44 | RESPONSE by United States to [40-1] motion for protective order (dp) [Entry date 04/14/00] |
| 4/20/00 | 45 | ORDER granting [37-1] motion for preliminary injunction, denying [26-1] motion to vacate [17-2] order, granting [2-2] motion for preliminary injunction ( Signed by Judge Wilkie D. Ferguson Jr. on 4/20/00) CCAP [EOD Date: 4/21/00] (dp) [Entry date 04/21/00] |
| 4/28/00 | 46 | NOTICE OF INTERLOCUTORY APPEAL by Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott of [45-1] order . EOD Date: 4/21/00; Filing Fee: $ 105.00; Receipt #: 519236; Copies to USCA and Counsel of Record. (gf) [Entry date 05/01/00] |
| 5/1/00 | -- | Certified copies of Notice of Appeal, Docket, and Order under appeal to USCA: [46-1] appeal by Anthony Mignott, Ricardo Choi, Elliot Housley, Wemac, Inc., Gateway to Health, National Medical, Pennacle Rehab, Sample Road, Florida Health as to Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott (gf) |

Proceedings include all events.                                    LSS
0:00cv6143 United States v. Florida Health, et al          VH. 2 Cont INTAPP

| | | |
|---|---|---|
| 5/8/00 | -- | NOTICE of Receipt of Transmittal Letter from USCA as to Florida Health Re: [46-1] appeal by Anthony Mignott, Ricardo Choi, Elliot Housley, Wemac, Inc., Gateway to Health, National Medical, Pennacle Rehab, Sample Road, Florida Health  USCA NUMBER: 00-12258-B (dl) [Entry date 05/09/00] |
| 5/9/00 | 47 | TRANSCRIPT INFORMATION FORM by Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott re: [46-1] appeal by Anthony Mignott, Ricardo Choi, Elliot Housley, Wemac, Inc., Gateway to Health, National Medical, Pennacle Rehab, Sample Road, Florida Health received. (Forwarded to Court Reporter Coordinater) (gf) [Entry date 05/10/00] |
| 5/18/00 | 48 | NOTICE of lis pendens by United States (dp) [Entry date 05/22/00] |
| 6/2/00 | 49 | Appeal Information Sheet as to Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott re: [46-1] appeal by Anthony Mignott, Ricardo Choi, Elliot Housley, Wemac, Inc., Gateway to Health, National Medical, Pennacle Rehab, Sample Road, Florida Health ; Transcript due 6/30/00 for Anthony Mignott, for Ricardo Choi, for Elliot Housley, for Wemac, Inc., for Gateway to Health, for National Medical, for Pennacle Rehab, for Sample Road, for Florida Health (gf) [Entry date 06/08/00] |
| 6/28/00 | 50 | TRANSCRIPT filed as to Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott of Motion for Temporary Restraining Order Hearing held 4/5/00 before Judge Wilkie D. Ferguson, Jr. Volume #: 1 Pages: 1-38 re: [46-1] appeal by Anthony Mignott, Ricardo Choi, Elliot Housley, Wemac, Inc., Gateway to Health, National Medical, Pennacle Rehab, Sample Road, Florida Health . Appeal record due on 7/13/00 for Anthony Mignott, for Ricardo Choi, for Elliot Housley, for Wemac, Inc., for Gateway to Health, for National Medical, for Pennacle Rehab, for Sample Road, for Florida Health . (gf) Vol 4 |
| 7/6/00 | 51 | Release of Lis Pendens by United States (dp) [Entry date 07/07/00] |
| 7/10/00 | 52 | Certificate of readiness as to Florida Health, Sample Road, Pennacle Rehab, National Medical, Gateway to Health, Wemac, Inc., Elliot Housley, Ricardo Choi, Anthony Mignott transmitted to USCA Re: [46-1] appeal by Anthony Mignott, Ricardo Choi, Elliot Housley, Wemac, Inc., Gateway to Health, National Medical, Pennacle Rehab, Sample Road, Florida Health  USCA NUMBER: 00-12258-B (dl) End. Vol. 2 |

Docket as of July 10, 2000 11:08 am                      Page 8