UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY MIGNOTT,
a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/

### UNITED STATES OF AMERICA'S NOTICE OF LIS PENDENS

TO ABOVE-NAMED DEFENDANTS AND ALL OTHERS WHOM IT MAY CONCERN:

    YOU ARE NOTIFIED of the institution of this action on January 28, 2000, by Plaintiff United States of America against you seeking, *inter alia*, an injunction against transferring, selling, assigning, dissipating, concealing, encumbering, impairing or otherwise disposing of the following property:

> LOT 8, OF THE OUTBACK, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 140, PAGE 50, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA. .ENDIF

Subject to assessments, restrictions and reservations of record and to taxes for the year 1999 and thereafter.

located at 12161 N.W. 7 Street, Plantation, Florida.

                              Respectfully submitted,

                              GUY A. LEWIS
                              UNITED STATES ATTORNEY

By:   */s/ Laurie E. Rucoba*

                              LAURIE E. RUCOBA
                              Assistant United States Attorney
                              No. A5500052
                              500 East Broward Boulevard
                              Suite 700
                              Ft. Lauderdale, Florida 33394
                              Tel: (954) 356-7314, ext. 3613
                              Fax: (954) 356-7180

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed via first class mail on this _13th_ day of July, 2000 to:

Mr. Lawrence R. Metsch
Metsch & Metsch, P.A.
1385 N.W. 15th Street
Miami, Florida 33125
Tel: 305-545-6400
Fax: 305-545-7224

                              */s/ Laurie E. Rucoba*
                              LAURIE E. RUCOBA
                              Assistant United States Attorney