UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY MIGNOTT,
a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/



## UNITED STATES OF AMERICA'S NOTICE OF LIS PENDENS

TO ABOVE-NAMED DEFENDANTS AND ALL OTHERS WHOM IT MAY CONCERN:

    YOU ARE NOTIFIED of the institution of this action on January 28, 2000, by Plaintiff United States of America against you seeking, <u>inter</u> <u>alia</u>, an injunction against transferring, selling, assigning, dissipating, concealing, encumbering, impairing or otherwise disposing of the following property:

> A portion of Tract 20, in the Southwest Quarter (SW 1/4) of the subdivision of Section 36, Township 49 South, Range 40 East, according to the CHAMBERS LAND COMPANY'S



SUBDIVISION, recorded in Plat Book 1, Page 5-A, of the Public Records of Broward County, Florida, more particularly described as follows:

BEGINNING at the Southeast corner of the aforesaid Tract 20; thence proceed North to the Northeast corner of the aforesaid Tract 20; thence proceed West along the North line of said Tract 20, a distance of 310.00 feet; thence proceed South on a line parallel to the Est line of said Tract 20, a distance of 125.00 fee; thence proceed East on a line parallel to the South line of said Tract 20, a distance of 65.00 fee; thence proceed South on a line parallel to the East line of said Tract 20 to a point of intersection with the South line of said Tract 20; thence proceed East along said South line of said Tract 20 to the POINT OF BEGINNING.

located at 12281 N.W. 8th Street, Plantation, Florida.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
LAURIE E. RUCOBA
Assistant United States Attorney
No. A5500052
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3613
Fax: (954) 356-7180

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed via first class mail on this  17th  day of August, 2000

to:

Mr. Lawrence R. Metsch
Metsch & Metsch, P.A.
1385 N.W. 15th Street
Miami, Florida 33125
Tel: 305-545-6400
Fax: 305-545-7224

LAURIE E. RUCOBA
Assistant United States Attorney

3