UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY MIGNOTT,
a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/



### UNITED STATES OF AMERICA'S NOTICE OF LIS PENDENS

TO ABOVE-NAMED DEFENDANTS AND ALL OTHERS WHOM IT MAY CONCERN:

    YOU ARE NOTIFIED of the institution of this action on January 28, 2000, by Plaintiff United States of America against you seeking, inter alia, an injunction against transferring, selling, assigning, dissipating, concealing, encumbering, impairing or otherwise disposing of the following property:

> LOT 8, OF THE OUTBACK, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 140, PAGE 50, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA.



located at 12161 N.W. 7th Street, Plantation, Florida.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
LAURIE E. RUCOBA
Assistant United States Attorney
No. A5500052
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3613
Fax: (954) 356-7180

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed via first class mail on this __17th__ day of August, 2000

to:

Mr. Lawrence R. Metsch
Metsch & Metsch, P.A.
1385 N.W. 15th Street
Miami, Florida 33125
Tel: 305-545-6400
Fax: 305-545-7224

_____
LAURIE E. RUCOBA
Assistant United States Attorney

3