UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY MIGNOTT,
a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/



## **UNITED STATES OF AMERICA'S NOTICE OF LIS PENDENS**

TO ABOVE-NAMED DEFENDANTS AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE NOTIFIED of the institution of this action on January

28, 2000, by Plaintiff United States of America against you

seeking, inter alia, an injunction against transferring, selling,

assigning, dissipating, concealing, encumbering, impairing or

otherwise disposing of the following property:

    A PORTION OF PARCEL R1.1 "CHAPEL TRAIL REPLAT SECTION
    ONE" ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT
    BOOK 133, PAGE 9, OF THE PUBLIC RECORDS OF BROWARD

COUNTY, FLORIDA, BEING MORE PARTICULARLY DESCRIBED AS:

COMMENCING AT NORTHWEST CORNER OF SAID "CHAPEL TRAIL REPLAT SECTON ONE": THENCE SOUTH 01"46'02" EAST, ALONG THE WEST LINE OF SAID "CHAPEL TRAIL REPLAT SECTION ONE" A DISTANCE OF 997.18 FEET; THENCE NORTH 88"13'58" EAST, A DISTANCE OF 235.00 FEED TO THE POINT OF BEGINNING OF THIS DESCRIPTION; THENCE CONINUE NORTH 88"13'58" EAST, A DISTANCE OF 94.00 FEET; THENCE SOUTH 01"46'02" EAST, A DISTANCE OF 61.22 FEET TO THE POINT OF CURVATURE OF A CIRCULAR CURVE TO THE RIGHT; THENCE SOUTHERLY AND SOUTHEASTERLY, ALONG THE ARC OF SAID CURVE, HAVING A RADIUS OF 39.00 FEET, A CENTRAL ANGLE OF 13"00'57" AND AN ARC DISTANCE OF 8.86 FEET; THENCE SOUTH 88"13'58" WEST, ALONG A NON RADIAL LINE, A DISTANCE OF 93.00 FEET; THENCE NORTH 01"46'02" WEST, A DISTANCE OF 70.00 FEET TO THE POINT OF BEGINNING.

SAID LANDS SITUATE, LYING AND BEING IN BROWARD COUNTY, FLORIDA, CONTAINING 6577 SQUARE FEET MORE OR LESS.

The described property is located at 510 NW 207th Avenue, Pembroke

Pines, Florida.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Laurie E. Rucoba*

LAURIE E. RUCOBA
Assistant United States Attorney
No. A5500052
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3613
Fax: (954) 356-7180

2

CERTIFICATE OF SERVICE

     I hereby certify that a true and correct copy of the foregoing was mailed via first class mail on this ____5th____ day of September, 2000 to:

Mr. Lawrence R. Metsch
Metsch & Metsch, P.A.
1385 N.W. 15th Street
Miami, Florida 33125
Tel: 305-545-6400
Fax: 305-545-7224

LAURIE E. RUCOBA
Assistant United States Attorney

3