UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY MIGNOTT,
a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/

### **UNITED STATES OF AMERICA'S NOTICE OF LIS PENDENS**

TO ABOVE-NAMED DEFENDANTS AND ALL OTHERS WHOM IT MAY CONCERN:

YOU ARE NOTIFIED of the institution of this action on January 28, 2000, by Plaintiff United States of America against you seeking, <u>inter alia</u>, an injunction against transferring, selling, assigning, dissipating, concealing, encumbering, impairing or otherwise disposing of the following property:

    Condominium Parcel known as Unit 2502 in Tower IV of
    QUADOMAINE of QUADOMAIN TOWER I and IV CONDOMINIUM,
    according to the Declaration of Condominium thereof, as



recorded in Official Records Book 5556, Page 902 of the
Public Records of Broward County, Florida.

located at 2101 S. Ocean Drive, Unit 2502, Hollywood, Florida.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Laurie E. Rucoba*
LAURIE E. RUCOBA
Assistant United States Attorney
No. A5500052
500 East Broward Boulevard
Suite 700
Ft. Lauderdale, Florida 33394
Tel: (954) 356-7314, ext. 3613
Fax: (954) 356-7180

2

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed via first class mail on this \_\_5th\_\_ day of September, 2000 to:

Mr. Lawrence R. Metsch
Metsch & Metsch, P.A.
1385 N.W. 15th Street
Miami, Florida 33125
Tel: 305-545-6400
Fax: 305-545-7224

*Laurie E. Rucoba*
LAURIE E. RUCOBA
Assistant United States Attorney

3