Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

---

August 28, 2000

RE: 00-12258-BB     USA v. Florida Health Institute, Inc.
DC DKT NO.: 00-06143 CV-WDF

TO:  Clarence Maddox

CC:  Lawrence R. Metsch

CC:  Sally M. Richardson

CC:  Laurie E. Rucoba

CC:  Anne R. Schultz

CC:  Jonathan D. Colan

CC:  Hon. William J. Zloch

CC:  Administrative File



# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

In Replying Give Number
Of Case And Names of Parties

August 28, 2000

Clarence Maddox
Clerk, U.S. District Court
299 E. Broward Blvd
Fort Lauderdale FL 33301

RE: 00-12258-BB     USA v. Florida Health Institute, Inc.
DC DKT NO.: 00-06143 CV-WDF

The following action has been taken in the referenced case:

The enclosed order has been ENTERED.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Lois Tunstall (404) 335-6171

MOT-2 (1-1999)

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUG 2 8 2000
THOMAS K. KAHN
CLERK

No. 00-12258-BB

00-6143-cv-WDF

UNITED STATES OF AMERICA,

                Plaintiff-Appellee,

versus

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION CENTER, INC.,
ET AL.,

                Defendants-Appellants.

---

On Appeal from the United States District Court for the
Southern District of Florida

---

BEFORE: HULL and WILSON, Circuit Judges.

BY THE COURT:

Appellants Sample Road Rehabilitation Center, Inc., Gateway To Health Rehabilitation, Inc. and Ricardo Choi's motion to dismiss this appeal with prejudice as to them is GRANTED.

This Order shall not affect the remaining Appellants.