UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
PRESIDENT, RICARDO CHOI,
TREASURER, and ANTHONY
MIGNOTT, VICE-PRESIDENT a/k/a
MARK A. MIGNOTT,

    Defendants.
_____/

## UNITED STATES' MOTION TO SEAL ALL MEDICAL RECORDS WITH IDENTIFYING INFORMATION

Plaintiff United States of America ("United States"), through the undersigned United States Attorney for the Southern District of Florida, moves for entry of an order sealing all medical records containing identifying information regarding individual patients, and states:

1.     The United States commenced this action against the defendants for damages and injunctive relief based upon the submission of false claims to the Medicare program.

2.     A hearing on the Preliminary Injunction sought by the United States was held on April 5, 2000 at which time, the United States, in support of its request for a preliminary



injunction, presented and had admitted into evidence certain medical records of Medicare beneficiaries. Specifically, medical records of Medicare beneficiaries were attached to exhibits submitted into evidence, and reflected at Docket Entry No. 39. The medical records of the Medicare beneficiaries contain information which would identify the patients as well as information regarding their medical history.

   3. As a result, in order to protect the privacy of those patients and to limit the disclosure of such information, the United States requests that the Court seal all evidence presented in connection with the preliminary injunction hearing which identifies a patient and that patient's medical background, or that such information be made available publicly only after the identifying information regarding the patients has been redacted.

   WHEREFORE, the United States requests that the Court grant its Motion to Seal All Medical Records with Identifying Information, and seal all evidence presented in connection with the preliminary injunction hearing which identified a patient and that patient's medical background, or that such information be made available publicly only after the identifying

information regarding the patient has been redacted, and for such other relief as the Court deems proper.

Respectfully submitted,

GUY A. LEWIS<br>
UNITED STATES ATTORNEY

By: *Laurie E. Rucoba*

LAURIE E. RUCOBA<br>
Assistant United States Attorney<br>
500 East Broward Blvd., Suite 700<br>
Ft. Lauderdale, FL 33394<br>
Court No. A5500052<br>
Tel: 954/356-7314, ext. 3613<br>
Fax: 954/356-7180<br>
Laurie.Rucoba@justice.usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed via first class mail on this 9th day of November, 2000 to:

Mr. Lawrence R. Metsch<br>
Metsch & Metsch, P.A.<br>
1385 N.W. 15th Street<br>
Miami, Florida 33125

*Laurie E. Rucoba*

LAURIE E. RUCOBA<br>
Assistant United States Attorney