UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW



FILED by _____ D.C.

DEC  8 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
PRESIDENT, RICARDO CHOI,
TREASURER, and ANTHONY
MIGNOTT, VICE-PRESIDENT a/k/a
MARK A. MIGNOTT,

    Defendants.
_____/

## ORDER GRANTING UNITED STATES' MOTION TO SEAL ALL MEDICAL RECORDS WITH IDENTIFYING INFORMATION

This matter came before the Court upon the United States' Motion to Seal All Medical

Records with Identifying Information, and the Court, having reviewed the motion and being

otherwise duly advised, it is hereby

ORDERED AND ADJUDGED that the Motion is GRANTED. All evidence contained at

Docket Entry Number 39, presented in connection with the preliminary injunction hearing which



identifies a patient and that patient's medical background, shall be sealed. No such information will be made available publicly unless and until all identifying information regarding the patient has been redacted.

**DONE AND ORDERED** this _____ day of _____, 2000 at Ft. Lauderdale, Florida.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc: Laurie E. Rucoba, AUSA
    Lawrence Metsch