UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6143-CIV-FERGUSON

UNITED STATES OF AMERICA, )
)
          Plaintiff, )
)
v. )
)
FLORIDA HEALTH INSTITUTE, INC., et al., )
)
          Defendants. )
_____)

### NOTICE OF REASSIGNMENT

The United States of America, by and through the undersigned Assistant United States Attorney, hereby gives notice that the above captioned case has been reassigned from Assistant United States Attorney Laurie E. Rucoba, to Assistant United States Attorney Lisa Hu Barquist.

          Respectfully submitted,

          GUY A. LEWIS
          UNITED STATES ATTORNEY

By   *Lisa Hu Barquist*
       Lisa Hu Barquist
       Assistant United States Attorney
       Court No. A5500217
       99 N.E. 4th Street, 3rd Floor
       Miami, Florida 33132
       Tel:   (305) 961-9338
       Fax:  (305) 536-4101