UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6143-CIV-FERGUSON/SNOW

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FLORIDA HEALTH INSTITUTE, INC., | ) |
| SAMPLE ROAD REHABILITATION | ) |
| CENTER, INC., PENNACLE REHAB | ) |
| SERVICES OF FLORIDA, INC., | ) |
| NATIONAL MEDICAL SYSTEMS and | ) |
| SUPPLIES, INC., GATEWAY TO | ) |
| HEALTH REHABILITATION, INC., | ) |
| WEMAC, INC., and ELLIOT HOUSLEY | ) |
| RICORDO CHOI, and ANTHONY | ) |
| MIGNOTT a/k/a MARK A. MIGNOTT, | ) |
| individually, | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

FILED by ___ D.C.
JAN 26 2001

### ORDER AMENDING PRELIMINARY INJUNCTION TO ALLOW SALE OF 12161 N.W. 7TH STREET IN PLANTATION AND DIRECTING THE SALES PROCEEDS BE PLACED IN THE REGISTRY OF THE COURT

THIS CAUSE came before the Court upon the Government's Unopposed Application to Amend Preliminary Injunction and to Place Proceeds of Real Estate Sales in the Registry of the Court, filed on January 18, 2001, and the Court having reviewed the pleading, the record and being advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Government's Unopposed Application to Amend Preliminary Injunction and to Place Proceeds of Real Estate Sale in the Registry of the Court is GRANTED, and it is further

ORDERED AND ADJUDGED that the Preliminary Injunction is amended so that real property located at 12161 N.W. 7th Street, in Plantation, Florida, (the "Property") may be sold, and it is further

ORDERED AND ADJUDGED that the proceeds from that sale, including any and all reimbursements and/or refunds due or owed in relation to that Property, be deposited in the Registry of the Court until resolution of this litigation, and it is further

ORDERED AND ADJUDGED that Greg Taylor, Esq., of Gelch Taylor Giulianti Kopelowitz & Ostrow, P.A., the settlement agent, will deliver to Assistant United States Attorney Lisa Hu Barquist, United States Attorney's Office, 99 N.E. 4th Street, Third Floor, Miami, FL 33132-2111, 305-961-9338, a check payable to the Clerk of the U.S. District Court representing proceeds from the sale of the Property as well as any and all reimbursements or refunds due or owed in relation to that Property, and it is further

DONE AND ORDERED in Chambers this 26th day of January 2001 in Ft. Lauderdale, Florida.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

CC: AUSA Lisa H. Barquist (Miami - USAO)