UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

NIGHT BOX
FILED

JAN 2 9 2001

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

UNITED STATES OF AMERICA,            )
                                     )
          Plaintiff,                 )
                                     )
v.                                   )
                                     )
FLORIDA HEALTH INSTITUTE, INC.,      )
SAMPLE ROAD REHABILITATION           )
CENTER, INC., PENNACLE REHAB         )
SERVICES OF FLORIDA, INC.,           )
NATIONAL MEDICAL SYSTEMS and         )
SUPPLIES, INC., GATEWAY TO           )
HEALTH REHABILITATION, INC.,         )
WEMAC, INC., and ELLIOT HOUSLEY      )
RICORDO CHOI, and ANTHONY            )
MIGNOTT a/k/a MARK A. MIGNOTT,       )
individually,                        )
                                     )
          Defendants.                )
_____      )

### UNITED STATES' RELEASE OF LIS PENDENS
### ON 12161 N.W. 7TH STREET, PLANTATION, FLORIDA 33325

NOTICE IS HEREBY GIVEN that a certain lis pendens recorded in the Broward County

land record on July 13, 2000 in official records 30670, at page 0555 and on August 17, 2000 in

official records 30782, at page 0207,[1] giving notice of an injunction against transferring, selling,

assigning, dissipating, concealing, encumbering, impairing or otherwise disposing of assets in the

above-captioned matter is hereby released and discharged.

---

[1]      It appears the United States filed two lis pendens a month apart on the same
property.



The property affected by this release is located at 12161 N.W. 7th Street, in Plantation,

Florida 33325 and is more particularly described as:

> Lot 8, of the outback, according to plat thereof, as recorded
> in Plat Blook 140, page 150, of the Public Records of Broward
> County, Florida,

together with its building, appurtenances, improvements, fixtures, attachments, and easements.

Respectfully submitted,

Witness my hand and seal
this ʾ777 day of January, A.D., 2001

GUY A. LEWIS
UNITED STATES ATTORNEY

Signed, Sealed and Delivered in
Presence of:

By: _____

LISA HU BARQUIST
Assistant United States Attorney
Court No. A5500217
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9338
Fax: (305) 536-4101

Odalys Collazo

Mark Lavine

STATE OF FLORIDA,
COUNTY OF DADE,

I HEREBY CERTIFY that on this day, before me, an officer duly authorized in the State aforesaid and in the County aforesaid, to take acknowledgments, personally appeared Lisa Hu Barquist, Assistant U.S. Attorney to me known to be the person described in and who executed the foregoing instrument and she acknowledged before me that she executed the same.

WITNESS my hand and official seal in the County and State last aforesaid this 29th day of January, A.D. 2001.

_____

Maritza Arbesu
NOTARY PUBLIC, State of Florida

OFFICIAL NOTARY SEAL
COMMISSION NO. CC707762
MY COMMISSION EXP. FEB 2004

This Instrument prepared by:    Lisa Hu Barquist
Assistant U.S. Attorney