

$CC-6143-CIV-Ferguson$

```
AO82                           DUPLICATE              226621
(Rev. 4/90)              RECEIPT FOR PAYMENT
                       UNITED STATES DISTRICT COURT
                               for the
                       SOUTHERN DISTRICT OF FLORIDA
                                  at  Miami,
RECEIVED FROM  Gelch + Taylor PA
               350 East Las Olas Blvd Ste 1040
               Fort Lauderdale, Fl 33301
               USA vs Florida Health Institute Elam
```

| Fund | ACCOUNT | AMOUNT |
|---|---|---|
| 6855XX Deposit Funds | CF 6711 | 57,925.23 |
| 604700 Registry Funds | | |
| General and Special Funds | | |
| 508800 Immigration Fees | | |
| 085000 Attorney Admission Fees | | |
| 086900 Filing Fees | TOTAL | 57,925.23 |
| 322340 Sale of Publications | | |
| 322350 Copy Fees | Case Number or Other Reference | |
| 322360 Miscellaneous Fees | 00-6143-CIV-Ferguson | |
| 143500 Interest | | |
| 322380 Recoveries of Court Costs | | |
| 322386 Restitution to U.S. Government | | |
| 121000 Conscience Fund | Per Court | |
| 129900 Gifts | order | |
| 504100 Crime Victims Fund | DE # 65 | |
| 613300 Unclaimed Monies | | |
| 510000 Civil Filing Fee (½) | | |
| 510100 Registry Fee | | |

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.

| DATE | Cash | Check | M.O. | Credit | DEPUTY CLERK |
|---|---|---|---|---|---|
| 2/6/0 | ✓ | | | | Hamilton |

67
60