UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., and ELLIOT HOUSLEY
RICORDO CHOI, and ANTHONY
MIGNOTT a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/



### GOVERNMENT'S NOTICE OF DEPOSIT OF $57,925.23 INTO COURT REGISTRY

    The United States of America, by and through the undersigned Assistant United States Attorney ("government"), pursuant to an Order Amending Preliminary Injunction to Allow Sale of 12161 N.W. 7th Street in Plantation and Directing the Sales Proceeds be Placed in the Registry of the Court, dated and filed January 26, 2001,



deposited a check totaling $57,925.23 into the Court Registry on February 7, 2001.

Dated: February 7, 2001

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: *[signature]*
LISA HU BARQUIST
Assistant U.S. Attorney
Court No. A5500217
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9338
Fax: (305) 536-4101

PROOF OF SERVICE

I HEREBY CERTIFY that a true and copy of the foregoing was mailed this 7th day of February, 2001 to: Andrean R. Taylor and Elliot Housley, 1311 Hampton Boulevard, North Lauderdale, Florida 33068, and Greg Taylor, Esq., and Mark E. Thompson, Gelch Taylor Giulianti Kopelowitz and Ostrow, P.A., 350 East Las Olas Boulevard, #1440, Ft. Lauderdale, Florida 33301.

*[signature]*
LISA HU BARQUIST
Assistant U.S. Attorney