GRANTED (NUNC PRO TUNC)
[signature]
WILKIE D. FERGUSON, JR.
03/08/01
DATE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., ELLIOT HOUSLEY,
RICARDO CHOI, and ANTHONY MIGNOTT,
a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/



**UNITED STATES OF AMERICA'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME TO RESPOND TO DEFENDANTS' MOTION TO VACATE TRO,
MOTION TO COMPEL SPECIAL AGENT'S ANSWERS TO DEPOSITION QUESTIONS,
MOTION OF CORPORATE DEFENDANTS FOR A PROTECTIVE ORDER, AND
MOTION TO COMPEL PRODUCTION AND INSPECTION OF OI3 REPORTS**

    Plaintiff, United States of America, hereby moves for entry of an Order enlarging the time period, to and including March 24, 2000, for filing its responses to defendants' Motions. Defendants have no objection to this motion. In further support, the United States submits the following.