**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

CASE NO. 00-6143-CIV-FERGUSON

Plaintiff,

vs.

FLORIDA HEALTH INSTITUTE, INC.,
Etc., et al.,

Defendants.

_____/

## OMNIBUS ORDER ON PENDING MOTIONS

**THIS CAUSE** is before the Court on various pending motions. Having duly considered the motions and pertinent portions of the record, it is

**ORDERED AND ADJUDGED** that

1. Defendants' Motion for Evidentiary Hearing on Plaintiff's Motion for Preliminary Injunction [D.E. 19] is **GRANTED**. **PLEASE TAKE NOTICE** that this case has been set for an evidentiary hearing on Plaintiff's Motion for Preliminary Injunction before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on April 6, 2001 at 11:00 a.m.**

2. Defendants' Motion to Vacate Partially the January 31, 2000 Temporary Restraining Order [D.E. 20] is **DENIED** because the 5th Amendment Privilege may be asserted to specific interrogatories or questions.

3. Defendants' Motion for a Protective Order [D.E. 27] is **DENIED**. The Defendant



      corporation may designate persons other than the named Defendants as persons able to answer questions related to corporate operations. See Fed. R. Civ. P. 30(b)(6).

4. Defendants' Motion to Compel Plaintiff to Produce and Permit the Inspection and Copying of Completed Forms 01-3 [D.E. 29] and Defendants' Motion to Compel Plaintiff to Produce and Permit the Inspection and Copying of the 01-3 Reports [D.E. 33] are **DENIED without prejudice** to renew on "a showing that [they] ha[ve] a substantial need of the materials. . . and [are] unable without undue hardship, to obtain the substantial equivalent of the materials by other means." See Fed. R. Civ. P. 26(b)(3).

5. Defendants' Motion to Compel Special Agent Bernardo Rodriguez to Answer Deposition Questions [D.E. 30] is **DENIED**. This ruling applies only to the certified questions in Exhibit A to the motion which inquire as to criminal investigative methods.

6. Defendants' Motion for a Protective Order [D.E. 40] is **GRANTED.** The reason stated in the underlying motion, that the witness Dr. Rene De Lamar is physically disabled, makes the witness unavailable therefore, use of deposition testimony will be permitted. This does not preclude a determination that the witness is no longer unavailable.

      **DONE AND ORDERED** in Chambers, at Ft. Lauderdale, Florida, this _____ day of March, 2001.

                                          WILKIE D. FERGUSON, JR.
                                          UNITED STATES DISTRICT JUDGE

cc:
Lawrence R. Metsch, Esq.
Laurie E. Rucoba, AUSA