UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW



UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., and ELLIOT HOUSLEY
RICORDO CHOI, and ANTHONY
MIGNOTT a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/

### ORDER AMENDING PRELIMINARY INJUNCTION TO ALLOW THE SALE OF 12041 N.W. 11th STREET IN PLANTATION AND DIRECTING THAT PROCEEDS FROM THAT SALE BE PLACED IN THE REGISTRY OF THE COURT

THIS CAUSE came before the Court upon the Government's Unopposed Application to Amend Preliminary Injunction to Allow the Sale of a Mignott Property and to Place Proceeds from the Sale in the Registry of the Court, filed on March 19, 2001, and the Court having reviewed the pleading, the record and being advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Government's Unopposed Application to Amend Preliminary Injunction to Allow the Sale of a Mignott Property and to Place Proceeds from that Sale

in the Registry of the Court is GRANTED, and it is further

ORDERED AND ADJUDGED that the Preliminary Injunction is amended so that real property located at 12041 N.W. 11th Street, in Plantation, Florida, (the "Mignott Property") may be sold, and it is further

ORDERED AND ADJUDGED that the proceeds from that sale, including any and all reimbursements and/or refunds due or owed in relation to that Property, be deposited in the Registry of the Court until resolution of this litigation, and it is further

ORDERED AND ADJUDGED that the settlement agent will deliver to Assistant United States Attorney Lisa Hu Barquist, United States Attorney's Office, 99 N.E. 4th Street, Third Floor, Miami, FL   33132-2111, 305-961-9338, a check payable to the Clerk of the U.S. District Court representing proceeds from the sale of the Mignott Property as well as any and all reimbursements or refunds due or owed in relation to that Property,  and it is further

DONE AND ORDERED in Chambers this __23rd__ day of March 2001 in Ft. Lauderdale, Florida.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc:   AUSA Lisa H. Barquist (Miami - USAO)
      David Markus, Esq.