UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITAITON, INC.,
WEMAC, INC., and ELLIOT HOUSLEY
RICORDO CHOI, and ANTHONY
MIGNOTT a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/



FILED by _____ D.C.

MAR 28 2001

## ORDER VACATING IN PART
## OMNIBUS ORDER ON PENDING
## MOTIONS FILED ON MARCH 8, 2001

THIS CAUSE came before the Court on the Government's Motion to Vacate in Part Omnibus Order on Pending Motions filed March 8, 2001. Having duly considered the motion and the record, it is hereby

ORDERED AND ADJUDGED that paragraph number 1 of the Court's Omnibus Order on Pending Motions filed March 8, 2001 that granted Defendants' Motion for Evidentiary Hearing on plaintiff's Motion for Preliminary Injunction is VACATED. It is further

75

ORDERED AND ADJUDGED that Defendants' Motion for Evidentiary Hearing on Plaintiff's Motion for Preliminary Injunction [DE 19] is DENIED as moot. It is further

ORDERED AND ADJUDGED that the evidentiary hearing scheduled for April 6, 2001 at 11 a.m. will be taken off calendar.

DONE AND ORDERED in Chambers, in Ft. Lauderdale, Florida this 28th day of March, 2001.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc: AUSA Lisa Hu Barquist (Miami USAO)
    Lawrence R. Metsch, Esq.