UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., and ELLIOT HOUSLEY
RICORDO CHOI, and ANTHONY
MIGNOTT a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/



FILED by ___ D.C.

MAR 28 2001

## ORDER AMENDING PRELIMINARY INJUNCTION TO ALLOW FORECLOSURE SALE OF 510 N.W. 207TH AVENUE IN PEMBROKE PINES, FL

THIS CAUSE came before the Court upon the Government's Unopposed Application to Amend Preliminary Injunction to Allow Foreclosure Sale of 510 N.W. 207th Avenue, Pembroke Pines, FL filed on March 23, 2001, and the Court having reviewed the pleading, the record and being advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Government's Unopposed Application to Amend Preliminary Injunction to Allow Foreclosure Sale of 510 N.W. 207th Avenue in Pembroke Pines, FL is GRANTED, and it is further



ORDERED AND ADJUDGED that the Preliminary Injunction is amended so that real property located at 510 N.W. 207th Avenue, in Pembroke Pines, Florida, may be sold.

DONE AND ORDERED in Chambers this ___28th___ day of March 2001 in Ft. Lauderdale, Florida.

WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

cc: AUSA Lisa H. Barquist (Miami - USAO)
Jeanne K. Damirgian, Esq.
Gary I. Gassel, Esq.

OrderforCHOI.wpd