UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION
CENTER, INC., PENNACLE REHAB
SERVICES OF FLORIDA, INC.,
NATIONAL MEDICAL SYSTEMS and
SUPPLIES, INC., GATEWAY TO
HEALTH REHABILITATION, INC.,
WEMAC, INC., and ELLIOT HOUSLEY
RICORDO CHOI, and ANTHONY
MIGNOTT a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/

NIGHT BOX
FILED

-- - 6 2001

CLERK, U.S. DIST. COURT

## GOVERNMENT'S NOTICE OF DEPOSIT OF $19,442.28 INTO COURT REGISTRY

The United States of America, by and through the undersigned Assistant United States Attorney ("government"), pursuant to an Order Amending Preliminary Injunction to Allow Sale of 12041 N.W. 11th Street in Plantation and Directing the Sales Proceeds be Placed in the Registry of the Court, dated and filed March 23, 2001,

deposited a check totaling $19,442.28 into the Court Registry on July 6, 2001.

                      Respectfully submitted,

July 6, 2001         GUY A. LEWIS
UNITED STATES ATTORNEY

By: *Lisa Hu Barquist*
Lisa Hu Barquist
Assistant United States Attorney
Assigned Court No. A5500217
99 N.E. 4th Street, 3rd Floor
Miami, Florida 33132
Tel: (305) 961-9338
Fax: (305) 536-4101

### PROOF OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to (1) Sidney Mignott, 5881 N.W. 19th Street, Lauderhill, Florida 33313 and (2) David Markus, Esq., Counsel for defendant Mark Mignott, 1501 N.W. 14th Street, Miami, Florida 33125 this 6th day of July, 2001.

*Lisa Hu Barquist*
Lisa Hu Barquist
Assistant United States Attorney