

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   Case No. 00-6143-CIV-FERGUSON

    Plaintiff,

vs.

FLORIDA HEALTH INSTITUTE, INC.; SAMPLE ROAD REHABILITATION CENTER, INC.; PENNACLE REHAB SERVICES OF FLORIDA, INC.; NATIONAL MEDICAL SYSTEMS AND SUPPLIES, INC.; GATEWAY TO HEALTH REHABILITATION, INC.; WEMAC, INC.; ELLIOT HOUSLEY RICORDO CHOI and ANTHONY MIGNOTT a/k/a MARK A. MIGNOTT, individually,

    Defendants.
_____/

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that this cause has been set for a status conference before the undersigned at the United States District Court, **299 East Broward Blvd., Courtroom 207A, Ft. Lauderdale, Florida 33301, on May 13, 2002, at 4:15 p.m.**

**DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 25th day of April, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Lisa Hu Barquist, AUSA
Laurie E. Rucoba, AUSA, Esq.
Lawrence R. Metsch, Esq.