UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE WILKIE D. FERGUSON, JR.

CIVIL MINUTES

FILED by _____ D.C.
MAY 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1. Case No. 00-6143   Date: 5/13/02

2. Style   U.S. v. Florida Health

3. Plaintiff's Counsel:   Lisa Barquist

4. Defendant's Counsel:   Lawrance

5. Type of Proceeding:   Status Conference

6. Result of hearing:   Motion Granted ☐   Motion Denied ☐

7. Case Continued to: _____ Trial Set for _____

8. Does the case require mediation? _____

Notes  Case could be administrative closed until criminal case is over or parties notify court they are ready to proceed on the merits.

Law Clerk:   Amparo Nisi

Courtroom Deputy:   Karen Gardner

Courtroom Reporter:   Paul Haferling   Telephone: (305) 523-5668