**CLOSED CIVIL CASE**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**



UNITED STATES OF AMERICA,

    Plaintiff,

vs.

FLORIDA HEALTH INSTITUTE, INC.; SAMPLE ROAD REHABILITATION CENTER, INC.; PENNACLE REHAB SERVICES OF FLORIDA, INC.; NATIONAL MEDICAL SYSTEMS AND SUPPLIES, INC.; GATEWAY TO HEALTH REHABILITATION, INC.; WEMAC, INC.; ELLIOT HOUSLEY RICARDO CHOI and ANTHONY MIGNOTT a/k/a MARK A. MIGNOTT, individually,

    Defendants.
_____/

Case No. 00-6143-CIV-FERGUSON

### ORDER ADMINISTRATIVELY CLOSING CAUSE

**THIS CAUSE** was before the Court on the telephonic status conference of May 13, 2002. The Court was advised by the parties of an ongoing criminal investigation in this same case. Accordingly, the **Clerk is directed to administratively close this case pending resolution of the criminal investigation.** The parties shall notify this Court of their intent to proceed within ten (10) days of the resolution of the criminal investigation. All pending motions are dismissed without prejudice to renew.



      **DONE AND ORDERED** in Chambers at Ft. Lauderdale, Florida, this 15TH day of May, 2002.

_____
WILKIE D. FERGUSON, JR.
UNITED STATES DISTRICT JUDGE

copies provided:
Lisa Hu Barquist, AUSA
Lawrence R. Metsch, Esq.