UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION CENTER,
INC., PENNACLE REHAB SERVICES OF
FLORIDA, IN., NATIONAL MEDICAL SYSTEMS
and SUPPLIES, INC., GATEWAY TO HEALTH
REHABILITATION, INC., WEMAC, INC.,
ELLIOT HOUSLEY, RICARDO CHOI, and
ANTHONY MIGNOTT, a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/



GOVERNMENT'S APPLICATION TO AMEND
PRELIMINARY INJUNCTION TO ALLOW THE SALE OF
<u>12281 N.W. 8th STREET, PLANTATION, FLORIDA</u>

    The United States of America, by and through the undersigned Assistant United States Attorney ("Government"), respectfully asks the Court to amend the preliminary injunction so as to allow the sale of a residence titled in the name of third party Maria Hernandez, located at 12281 N.W. 8th Street, Plantation, Florida (the "Property").

    Third party Maria Hernandez wants to sell the property (because foreclosure proceedings are pending) and have the proceeds placed in the Court's registry until resolution of the lawsuit.



For the foregoing reasons, the Government respectfully asks the Court to amend the preliminary injunction to allow the sale 12281 N.W. 8th Street, Plantation, Florida.

Dated: January 15, 2003

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: _____
Lisa Hu Barquist
Assistant United States Attorney
Court No. A5500217
99 N.E. Fourth Street
Miami, Florida 33132
Tel:   (305) 961-9338
Fax:  (305) 536-4101

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing and [proposed] order were mailed this 15th day of January 2003 to Ronald Lewis, Esq., Belson & Lewis, Bank of America Building, 2000 Glades Road, Suite 306, Boca Raton, Florida 33431.

_____
Lisa Hu Barquist
Assistant United States Attorney