UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6143-CIV-FERGUSON/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FLORIDA HEALTH INSTITUTE, INC.,
SAMPLE ROAD REHABILITATION CENTER,
INC., PENNACLE REHAB SERVICES OF
FLORIDA, IN., NATIONAL MEDICAL SYSTEMS
and SUPPLIES, INC., GATEWAY TO HEALTH
REHABILITATION, INC., WEMAC, INC.,
ELLIOT HOUSLEY, RICARDO CHOI, and
ANTHONY MIGNOTT, a/k/a MARK A. MIGNOTT,
individually,

    Defendants.
_____/



ORDER AMENDING PRELIMINARY INJUNCTION TO
ALLOW THE SALE OF 12281 N.W. 8TH STREET IN
PLANTATION, FLORIDA AND DIRECTING THAT PROCEEDS
FROM THAT SALE BE PLACE IN THE REGISTRY OF THE COURT

THIS CAUSE came before the Court upon the Government's Application to Amend Preliminary Injunction to Allow Sale of 12281 N.W. 8th Street, filed on January 15, 2003, and the Court having reviewed the pleading, the record and being advised on the premises, it is hereby

ORDERED AND ADJUDGED that the Government's Application to Amend Preliminary Injunction to Allow the Sale of 12281 N.W. 8th Street, Plantation, Florida is GRANTED, and it is further



ORDERED AND ADJUDGED that the Preliminary Injunction is amended so that real property located at 12281 N.W. 8th Street, Plantation, Florida (the "Property") may be sold, and it is further

ORDERED AND ADJUDGED that the proceeds from that sale, including any and all reimbursements and/or refunds due or owed in relation to the Property, be deposited in the Registry of the Court until resolution of this litigation, and it is further

ORDERED AND ADJUDGED that the settlement agent will deliver to Assistant United States Attorney Lisa Hu Barquist, United States Attorney's Office, 99 N.E. Fourth Street, Third Floor, Miami, Florida 33132, (305)961-9338, a check payable to the Clerk of the United States District Court representing proceeds from the sale of the Property as well as any and all reimbursements or refunds due or owed in relation to the Property.

DONE AND ORDERED in Chambers this 21st day of January 2003, in Miami, Florida.

_____
WILKIE D. FERGUSON
UNITED STATES DISTRICT JUDGE

cc: AUSA Lisa Hu Barquist
    Fax:  (305) 536-4101